1
2
3

JS-6

4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

8
9
10

JOHN ADAM WHITSELL,                    Case No. CV 20-858-JVS (KK)

11                          Petitioner,

12                    v.                               JUDGMENT

13    PATRICK COVELLO, Warden,

14                          Respondent.

15
16
17         Pursuant to the Order Accepting Findings and Recommendation of United

18   States Magistrate Judge,

19         IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is

20   DISMISSED with prejudice.

21
22
23   Dated: September 22, 2020

24                                    _____
                                      HONORABLE JAMES V. SELNA
                                      United States District Judge

25
26
27
28